Christopher J. Reichman, Esq, SBN 250485
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego CA 92123
Telephone: (619) 683-7971
Email: ChrisR@Prato-Reichman.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVGENIY V. VASCHENKOV,<br><br>         Plaintiff,<br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendants | Case No.: 2:24-cv-0886-AC(ss)(ps)<br><br>**STIPULATION TO CONTINUE BREIFING SCHEDULE** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time from August 26, 2024 to September 25, 2024, for Plaintiff to file Plaintiff's Brief.  All other scheduling dates shall be extended accordingly.  Plaintiff previously requested a short extension to the briefing schedule for time to find counsel, and Plaintiff's new counsel makes this request to properly prepare the key brief in this case.

    There is good cause for this extension.  The current case was filed by Plaintiff pro se, and he has sought counsel to represent him.  Plaintiff has now found counsel shortly before the current briefing deadline.  Plaintiff and Defendant have agreed a short 30-day extension is appropriate and sufficient for Plaintiff's

new counsel to familiarize himself with the record and legal issues.  Plaintiff apologies to the Court and to Defendant for any inconvenience caused by this request.

Respectfully submitted,

DATED: August 23, 2024         **PRATO & REICHMAN, APC**

　　　　　　　　　　　　　　　　　__/s/ Christopher J. Reichman, Esq.__
　　　　　　　　　　　　　　　　By: Christopher J. Reichman, Esq.
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　　　　By:　_Justin L. Martin_____
　　　　　　　　　　　　　　　　JUSTIN L. MARTIN
　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　Attorneys for Defendant

Attestation Pursuant to Local Rule 5-4.3.4(a)(2)(i)

I, Justin Prato, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

　　　　　　　　　　　　　　　　/s/Christopher J. Reichman, Esq.
　　　　　　　　　　　　　　　　By: Christopher J. Reichman, Esq.

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Plaintiff shall have an extension, up to and including September 25, 2024, to respond to file Plaintiff's Brief and all other briefing dates are extended accordingly.

DATED: August 26, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE