UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVGENIY V. VASCHENKOV,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  2:24-cv-00886 AC<br><br><br><br>ORDER |

Plaintiff is proceeding in this Social Security with counsel.  On June 3, 2024, the administrative record in this case was filed.  ECF No. 10.  On August 27, 2024, the undersigned adopted the parties' stipulation and proposed order extending plaintiff's time to file an opening brief to September 25, 2024.  ECF No. 17.  Plaintiff did not file an opening brief.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why the failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute.  Filing a motion for summary judgment within this timeframe will discharge this order.

DATED: October 2, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE